UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

        Plaintiff,

v.

ROSS ISLAND SAND & GRAVEL CO.,

        Defendant,

v.

WASHINGTON TRUST BANK,

        Garnishee.

Case No. MC19-0051RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Ross Island Sand & Gravel Co., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Washington Trust Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on April 30, 2019, at Dkt. # 1-2.

Dated this 2nd day of May, 2019.

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT