UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

v.

ROSS ISLAND SAND & GRAVEL CO.,

    Defendant,

v.

WASHINGTON TRUST BANK,

    Garnishee-Defendant.

NO. MC19-0051RSL

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER

**Summary**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Ross Island Sand & Gravel Co. |
| Garnishee-Defendant: | Washington Trust Bank |
| Garnishment Judgment Amount: | $6,423.46 |
| Attorneys' Fees: | $250.00 |
| Costs: | $124.50 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Five percent (5%) per annum[1] |

---

[1] The summary of judgment provided by plaintiff requests 6% interest per annum (Dkt. # 6 at 1), whereas the body of the judgment specifies 5% (Dkt. # 6 at 2). The underlying judgment provides for different interest rates for different periods. In the absence of clarification and in light of the request for two different amounts, the Court awards the lower interest rate.

ORDER DIRECTING ENTRY
OF JUDGMENT - 1

| | |
|---|---|
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's application of Judgment Creditor, for judgment on the answer of Garnishee-Defendant; it appearing that Garnishee-Defendant has filed its answer herein stating that it holds funds of the Judgment-Debtor, Ross Island Sand & Gravel Co., in the sum of $6,423.46; that judgment Creditor has judgment unsatisfied against the Judgment Debtor in the total amount of $43,450.14, plus post-judgment interest at the rate of 5% per annum until paid in full; that Judgment Creditor incurred attorneys' fees in the amount of $250.00, and costs in the amount of $124.50 as stated above; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the judgment entered in this action, indicating service upon the Judgment Debtor either by personal service or by Certified mail, is on file herein now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment Creditor shall have judgment against the Garnishee-Defendant in the sum of $6,423.46; such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Upon payment by Garnishee-Defendant of the aforementioned sum to the registry of this Court, said Garnishee-Defendant shall be discharged from this action. Upon receipt of said sum, the Clerk of the court shall enter full satisfaction of the judgment against Garnishee-Defendant.

ORDER DIRECTING ENTRY
OF JUDGMENT - 2

3. Judgment Creditor shall have judgment against the Judgment Debtor for attorneys' fees and costs in this garnishment action in the sum of $374.50; said sum shall be added to Judgment Creditor's prior judgment against Judgment Debtor.

4. Upon receipt of the aforementioned payment from the above Garnishee-Defendant, the clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $6,423.46, plus all accrued interest, minus any statutory user fees, payable to *Western Conference of Teamsters Pension Trust fund*, c/o Reid, McCarthy, Ballew & Leahy, L.L.P., 100 West Harrison Street, North Tower, Suite 300, Seattle WA 98119, and mail or deliver the check to Reid, McCarthy, Ballew & Leahy, L.L.P., ATTN: Russell J. Reid, 100 West Harrison Street, North Tower, Suite 300, Seattle WA 98119.

5. Upon receipt of said sum, Plaintiff's attorney shall cause an appropriate satisfaction of judgment to be filed as to the principal Defendant.

Dated this 12th day of July, 2019.

Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY
OF JUDGMENT - 3